158 A.3d 65

Roulette PRICE, Respondent

v.

Alan CATANZARITI, D.P.M., Petitioner

No. 177 WAL 2016

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**, limited to Petitioner's first issue. The order of the Superior Court is **VACATED**, as issues neither raised nor preserved for appellate review are waived and may not constitute the basis for reversal of a trial court's decision. *See, e.g.*, Wiegand v. Wiegand, 461 Pa. 482, 337 A.2d 256 (1975). The case is **REMANDED** to the Superior Court for determination based upon full consideration of the issues raised and preserved for appeal by Respondent.